**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-6453**

---

JOHN PATRICK MCSHEFFREY,

Plaintiff - Appellant,

versus

KATHLEEN HAWK-SAWYER, Director, Federal Bureau of Prisons; MARGARET C. HAMBRICK, Regional Director, Federal Bureau of Prisons, Annapolis, Maryland; GREGORY BOGDAN, in his individual and official capacity as Associate Warden, Cumberland Federal Correctional Institution; WILLIAM HENDERSON, in his individual and official capacity as Associate Warden, Cumberland Federal Correctional Institution; JEFFREY BOLYARD, in his individual and official capacity as Superintendent of Industries, Cumberland Federal Correctional Institution; JERRY LEWIS, in his individual and official capacity as Lieutenant, Cumberland Federal Correctional Institution; SHIRLEY CRUMP, in his individual and official capacity, Cumberland Federal Correctional Institution; R. DULLA,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-04-1195-AMD)

Submitted:  August 18, 2005          Decided:  August 24, 2005

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Patrick McSheffrey, Appellant Pro Se.  Thomas Michael DiBiagio, United States Attorney, Jennifer A. Wright, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland; Beverly M. Russell, OFFICE OF THE UNITED STATES ATTORNEY, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Patrick McSheffrey appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McSheffrey v. Hawk-Sawyer, No. CA-04-1195-AMD (D. Md. filed Jan. 28, 2005 & entered Jan. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED